IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RDA CONSTRUCTION CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-555C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## **PLAINTIFF'S EXHIBIT LIST**

Plaintiff, RDA Construction Company ("RDA"), submits the following list of trial exhibits.

| Trial Exhibit No. | Description |
|---|---|
| 1 | Solicitation, Offer, and Award (Construction, Alteration, or Repair) [Depex. 8] |
| 2 | NAVFAC Mid Atlantic Solicitation, Offer, and Award [Depex. 1] |
| 3 | Cost Detail Estimate [Depex. 12] |
| 4 | Abstract of Offers - Construction [Depex. 62] |
| 5 | Amendment of Solicitation/ Modification of Contract executed 6/30/2009 re potential bidders [Depex. 58] |
| 6 | Amendment of Solicitation / Modification of Contract executed 7/7/2011 re Obstructions Encountered During Installation of Sheet Piles [Depex. 184] |
| 7 | Drawing Set for P-469 Waterfront Improvements, Naval Station Newport, RI [Depex. 11] |
| 8 | All Contract Modifications Issued to RDA Construction |
| 9 | NAVFAC Specifications for Work Order No. 794165, Waterfront Improvements at Naval Station, Newport, R.I. |
| 10 | Reserved |
| 11 | RDA Construction Payment Applications |
| 12 | NAVFAC Underwater Facilities Inspection & Assessments by Appledore Marine Engineering, Inc. dated April, 2005 [Depex. 77] |
| 13 | Unified Facilities Guide Specifications, UFGS-02 41 00, October 2006 |
| 14 | United Facilities Guide Specifications July 2013 (Depex. 615] |
| 15 | Kickoff Meeting Minutes dated 5/15/2008 [Depex. 67] |
| 16 | Order for Supplies or Services executed 5/27/2008 [Depex. 68] |

| 17 | Report dated 7/22/2008 from FST Engineers to NAVFAC re Charrette Inbrief [Depex. 158] |
|---|---|
| 18 | E-mail dated 8/27/2008 from David Anderson to Cynthia De Jong re Record of Telephone Call August 27, 2008 [Depex. 71] |
| 19 | Existing Wharf Evaluation dated 8/29/2008 by FST, LLC [Depex. 79] |
| 20 | Letter dated 2/2/2009 from Travis Germano to Michael Hartman re Submission of Baseline Schedule - Letter of Concern [Depex. 99] |
| 21 | Letter dated 2/8/2009 [sic] from Karen Sampson to Michael Hartman re Review of Letter RDA - 002 [Depex. 93] |
| 22 | Pre-bid photographs of Wharf |
| 23 | Letter dated 6/26/2009 from NASDI to Gene Kelley re: Pier Demolition Proposal [Depex. 3] |
| 24 | Memorandum dated 6/30/2009 from Hub Foundation Co., Inc. to American Bridge Company, Attn: Estimating re Proposal [Depex. 63] |
| 25 | Letter dated 7/30/2009 from William Reagan to Bruce Wood re Waterfront Improvements at Naval Station Newport RI [Depex. 346] |
| 26 | E-mail dated 10/2/2009 with attachment from Drew Floyd to Mike Hartman re Drill rig - platform schematic [Depex. 16] |
| 27 | E-mail b/w Siva and Hartman dated 11/11/2009; [Depex. 457; RDA 044776] |
| 28 | Germano E-mail dated 11/18/2009 enclosing Appledore Report [Depex. 451; US 0000468-502] |
| 29 | Letter RDA - 001 from Michael Hartman to Travis Germano re E-mail Correspondence from Travis Germano Dated 11/18/09 [Depex. 162] |
| 30 | Letter RDA - 002 dated 11/20/2009 from Michael Hartman to Nancy Van Gelder re NAVFAC Response Letter Dated December 9, 2009 [Depex. 171] |
| 31 | E-mail chain dated 11/24/2009 from Travis Germano to Frank Stich, David Anderson and Boris Shilman re P-469 2005 Waterfront Marginal Wharf Inspection Report [Depex. 168] |
| 32 | E-mail chain dated 11/24/2009 from Frank Stich to Boris Shilman re Change Notification Deficient Wharf Letter [Depex. 169] |
| 33 | E-mail chain dated 12/2/2009 from Boris Shilman to Frank Stich re Change Notification Deficient Wharf [Depex. 170] |
| 34 | Letter dated 12/9/2009 from Karen Sampson to Michael Hartman re RDA Letter of 20 Nov 2009 [Depex. 17] |
| 35 | Draft Letter dated 12/16/2009 from NASDI to Michael Hartman re Demolition from Barges Estimated Cost and Time Impacts [Depex. 5] |
| 36 | Letter dated 12/18/2009 from NASDI to Michael Hartman re: Newport Pier Deck Demolition Proposal [Depex. 6] |
| 37 | E-mail chain dated 12/28/2008 with attachment from Mike Hartman to Nancy Van Gelder re: Response to NAVFAC letter dated 12/9/09 [Depex. 18] |
| 38 | Demo Plan Calculations dated 2/22/2010 by Martel Engineering, Inc. [Depex. 20] |

| 39 | Letter RDA - 008 dated 2/25/2010 with attachment from Michael Hartman to Karen Sampson re Letter dated February 8, 2010 [Depex. 94] |
|---|---|
| 40 | E-mail dated 4/21/2010 with attachment from Mike Hartman to Karen Sampson re Claim Certification Request [Depex. 128] |
| 41 | Rachupka to Hartman dated 5/17/2010 [Depex. 455; US 018221] |
| 42 | Letter RDA - 018 dated 5/24/2010 from Michael Hartman to Karen Sampson re Demolition Claim due to 2005 Marginal Wharf Inspection Report [Depex. 96] |
| 43 | E-mail dated 5/24/2010 from Mike Hartman to Karen Sampson re Update on Demolition Issues [Depex. 131] |
| 44 | Letter RDA - 018 dated 5/24/2010 from Michael Hartman to Karen Sampson re Demolition claim due to 2005 Marginal Wharf Inspection Report [Depex. 175] |
| 45 | Letter dated 5/25/2010 from Karen Sampson to Michael Hartman re Response to 5/24/2010 claim letter [Depex. 132] |
| 46 | Letter RDA - 022 with attachments dated 7/8/2010 from Michael Hartman to Karen Sampson [Depex. 84] |
| 47 | Letter RDA - 021A dated 7/12/2010 from Michael Hartman to Karen Sampson re Additional Known Impacts due to 2005 Marginal Wharf Inspection Report [Depex. 116] |
| 48 | Letter dated 8/31/2010 from Department of The Navy re Review of Certified Claim 4/19/2010 [Depex. 133] |
| 49 | Letter RDA - 043 dated 11/19/2010 from Michael Hartman to Craig Rachupka re Cost Impacts Drilling King Piles from Barge [Depex. 118] |
| 50 | Letter dated 6/14/2011 from Eugene Kelley to The Hon. Stephen F. Lynch re RDA Contract Dispute with U.S. Navy [RDA 063240 - RDA 063242] |
| 51 | Memorandum dated 2/22/2012 from Marc Nicolazzo to File re P-469 - Con Phase Site Visit [Depex. 325] |
| 52 | E-mail dated 3/5/2012 from Travis Germano to Ansley Marr re P-469 Field Memo for Feb 22 [Depex. 324] |
| 53 | E-mail chain dated 8/6/2012 from Erick Cooper to Craig Rachupka re P-469 Waterfront Improvements [Depex. 206] |
| 54 | Summary of Monetary Claim for Work Impacted by the Appledore Report [Depex. 13] |
| 55 | P-469 Waterfront Improvement Turnover Sheet [Depex. 134] |
| 56 | Email b/w Siva and Hartman 1.19.10 [Depex. 462] |
| 57 | E-mail from Germano to Hartman dated 1/27/2010 [Depex. 465] |
| 58 | Conditional Approval 016b [Depex. 468] |
| 59 | Rachupka Letter dated 5/13/2010 [Depex. 474; US018222-18224] |
| 60 | Invoice 6A with certification dated 11/29/2010 [Depex. 476; US024584-24590] |
| 61 | Letter dated 11/19/2010 from Michael Hartman to Craig Rachupka re Obstructions Preventing Completion of S. Bulkhead Sheet Pile [Depex. 107] |

| 62 | Letter RDA - 045 with attachment dated 12/14/2010 from Michael Hartman to Craig Rachupka re Deteriorated Condition of Existing Sheet Pile [Depex. 108] |
|---|---|
| 63 | E-mail chain dated 3/9/2011 from David Anderson re Continual Problems w/Obstructions & Deteriorated Existing Sheets [Depex. 81] |
| 64 | Letter dated 3/10/2011 from Karen Sampson to Michael Hartman re Response to Letter RDA - 053 [Depex. 109] |
| 65 | Letter dated 3/10/2011 from Karen Sampson to Gene Kelley re Response to RDA - 053 [Depex. 136] |
| 66 | Letter RDA - 055 from Michael Hartman to Karen Sampson re Additional Response to Government Letter Ser FEAD/L6211 dated 3/10/2011 [Depex. 110] |
| 67 | E-mail chain dated 5/11/2011 from Craig Rachupka to Erick Cooper re P-469 Funds Request for 2 Critical Path Mods [Depex. 304] |
| 68 | Amendment of Solicitation/ Modification of Contract executed 7/7/2011 re obstructions encountered during installation of sheet piles [Depex. 111] |
| 69 | Amendment of Solicitation/ Modification of Contract executed 8/19/2011 re differing site conditions [Depex. 112] |
| 70 | Letter dated 1/27/2012 from Karen Sampson to Eugene Kelley [Depex. 141] |
| 71 | Amendment of Solicitation/ Modification of Contract executed 4/13/2012 re revised drill pattern and additional time and materials [Depex. 113] |
| 72 | E-mail chain dated 8/14/2012 from Gene Kelley to Karen Sampson re Additional Construction Drilling [Depex. 185] |
| 73 | Amendment of Solicitation/ Modification of Contract executed 8/17/2012 re drill obstruction at north and south bulkheads [Depex. 114] |
| 74 | E-mail chain dated 8/17/2012 from Boris Shilman to Travis Germano re P469 - Obstruction Drilling (Mod 9) [Depex. 166] |
| 75 | E-mail chain dated 8/20/2012 from Karen Sampson to Jeffrey Welch re modifications [Depex. 142] |
| 76 | Amendment of Solicitation/ Modification of Contract [Depex. 115] |
| 77 | E-mail chain dated 11/13/2012 from Gerard Montani re Completion Date for the Marginal Wharf [Depex. 224] |
| 78 | E-mail dated 11/27/2012 from Mark Wallis to Travis Germano dated 11/27/2012 re Additional Drilling [Depex. 223] |
| 79 | E-mail dated 1/10/2013 from Erin Sanders to Ryan Tibbets re P - 469 Status [Depex. 227] |
| 80 | E-mail chain dated 1/23/2013 from Erick Cooper re P-469 North Bulkhead - Work Point 7A & Return Wall [Depex. 312] |
| 81 | E-mail chain dated 1/29/2013 from Craig Rachupka to Travis Germano re Financial Status [Depex. 226] |
| 82 | Letter RDA - 173 from Mark Wallis to Craig Rachupka re Letter RDA - 135 dated 5/10/2012, Contract Modification P00009 [Depex. 225] |
| 83 | Letter RDA - 184 with attachments dated 4/1/2013 re Additional Cost of Delayed Issue of Contract Modifications [Depex. 183] |

| | |
|---|---|
| 84 | E-mail chain from Karen Sampson re Notice of Claim PCO-50 Delayed Issue of Contract Modifications [Depex. 264] |
| 85 | Time Line #2 - Obstruction Drilling [RDA 043796 - RDA 043925] |
| 86 | Pre-Negotiation Memo re Extension of Bulkhead at WP 5 and WP 7 [Depex. 137] |
| 87 | Monthly Schedule Narrative Update 21  [Depex. 475; US074451-74455] |
| 88 | North Bulkhead Videos |
| 89 | Letter RDA - 025 dated 7/26/2010 from Michael Hartman to Karen Sampson [Depex. 279] |
| 90 | E-mail chain dated 8/4/2010 from Don Harvie to Craig Rachupka re Letter on Pile Pulling - Follow up [Depex. 245] |
| 91 | Letter RDA - 058 dated 4/4/2011 from Eugene Kelley to Craig Rachupka [Depex. 98] |
| 92 | Draft Letter RDA - 146 dated 6/14/2012 revised 8/10/2012 re Outstanding Contract Issues [Depex. 219] |
| 93 | Opinion of Cost for Deducts with attachment dated 8/24/2012 [Depex. 601] |
| 94 | Letter RDA - 155 with attachment dated 9/17/2012 from Mark Wallis to Craig Rachupka re Outstanding Contract Issues [Depex. 104] |
| 95 | E-mail chain dated 11/6/2012 with attachment from Craig Rachupka to Karen Sampson re H Pile Extraction Letter 10-12-12 [Depex. 272] |
| 96 | Letter dated 11/7/2012 with attachment from Karen Sampson to Gene Kelley re Letter RDA - 098 [Depex. 98] |
| 97 | Letter RDA - 168 with attachment dated 1/18/2013 from Mark Wallis to Karen Sampson re Pile Extraction Variance [Depex. 178] |
| 98 | E-mail dated 1/23/2013 from Craig Rachupka to Erick Cooper re Atty Client Priv P-469 H-Pile Issue [Depex. 318] |
| 99 | E-mail dated 1/23/2013 from Travis Germano re Meeting Announcement and Agenda [Depex. 321] |
| 100 | E-mail from Louis Vinciguerra to Jonathan Peters dated 1/28/2013 re: potential impact of delays [Depex. 378] |
| 101 | E-mail dated 1/29/2013 from Travis Germano re P- 469 Financial Position? [Depex. 222] |
| 102 | Remaining Scope P469 dated 1/30/2013 [Depex. 603] |
| 103 | FST remaining scope dated 2/11/2013 [Depex. 604] |
| 104 | Memo of Meeting on 3.7.13 [Depex. 607] |
| 105 | Remaining Scope 3/13/13 w/ notes [Depex. 608] |
| 106 | Peters to Ahearn 3.25.13 w/ scope [Depex. 610] |
| 107 | Completion Drawings 3.28.13 w/ notes [Depex. 611] |
| 108 | Cost Estimate Summary 3.29.13 [Depex. 616] |
| 109 | E-mail dated 4/2/2013 with attached drawing set from Craig Rachupka to Jonathan Peters [Depex. 380] |

| | |
|---|---|
| 110 | Anderson to Navy 4.2.13 [Depex. 614] |
| 111 | Time Line #1 dated 5/8/2013 re Pile Variance Request [RDA 042301 - RDA 042352] |
| 112 | E-mail dated 6/16/2014 from Craig Rachupka re RFI - 022 existing Water-Side Steel Piles Cutoff Request [Depex. 322] |
| 113 | Haskell RFI 22 [Depex. 241] |
| 114 | E-mail dated 6/26/2014 from Craig Rachupka to Jonathan Peters with attachment re Responses to RFI's 21 & 22 [Depex. 394] |
| 115 | E-mail chain dated 1/16/2015 from Jonathan Peters to Travis Germano re Meeting Today [Depex. 360] |
| 116 | E-mail from Jonathan Peters to Craig Rachupka and others dates 1/19/2015 re Meeting Requests [Depex. 404] |
| 117 | E-mail from Jonathan Peters to Charles Bateh dated 1/21/2015 re 469 Work this week [Depex. 406] |
| 118 | E-mail chain dated 1/23/2015 from Robert Wadsworth re: P-469 H Pile Removal [Depex. 362] |
| 119 | E-mail from Jonathan Peters to Garrett Sigler dated 5/13/2015 re P469 Water-side work [Depex. 419] |
| 120 | E-mail from Jonathan Peters to Craig Rachupka and others dated 6/16/2015 re P469 Waterfront Improvements: Pile Extraction [Depex. 420] |
| 121 | E-mail from Jonathan Peters to Craig Rachupka dated 7/8/2015 re Waterside Work [Depex. 421] |
| 122 | Memorandum dated 7/10/2015 from Larry Ahearn to Jonathan Peters [Depex. 366] |
| 123 | Letter with attachments from Jonathan Peters to Leslie Brazil dated 7/16/2015 [Depex. 422] |
| 124 | E-mail with attached photographs from Jonathan Peters to Craig Rachupka and others dated 7/17/2015 re GAIC's approval of Contractor's June, 2015 payment request for Water-Side Work [Depex. 423] |
| 125 | E-mail with attachment dated 8/10/2015 from Reagan Construction Corp. to Jonathan Peters re P - 469 Pile Extraction Log 8-11-15 [Depex. 370] |
| 126 | Haskell spreadsheet re estimate to complete extraction dated 8/14/2015 [Depex. 426] |
| 127 | Letter dated 8/17/2015 from Shannon Reagan to Jonathan Peters re quote [Depex. 372] |
| 128 | E-mail change from Jonathan Peters to David Nimmich, Esq. dated 8/27/2015 [Depex. 428] |
| 129 | Mutual Release Agreement between Great American Insurance Company, Haskell Co. And the United States of America |
| 130 | Color Photo of rusted pile [Depex. 408] |
| 131 | Color Photo of rusted pile [Depex. 409] |
| 132 | Color Photograph of rusty piece of pile [Depex. 410] |
| 133 | Color Photograph of cut pile with angles attached [Depex. 411] |

| | |
|---|---|
| 134 | Color Photograph of drilled and anchored rock [Depex. 412] |
| 135 | Photograph [Depex. 413] |
| 136 | RDA Construction Pile Installation Log |
| 137 | Letter RDA - 066A with attachments dated 5/5/2011 from Eugene Kelley to Craig Rachupka re Approval for Alternate Safety Supervisor SSHO [Depex. 122] |
| 138 | Letter RDA - 077 from Eugene Kelley to Kimberly Choplin dated 7/7/2011 re Approval of Lynda Amarantes as SSHO/QC Manager [Depex. 124] |
| 139 | Letter RDA - 094 from Eugene Kelley to Craig Rachupka re Alternate Quality Control Manager [Depex. 119] |
| 140 | E-mail dated 1/4/2012 from Mark Wallis to Craig Rachupka re Recovery of Proud Mary [Depex. 51] |
| 141 | Letter RDA - 106 dated 1/6/2012 from Mark Wallis to Craig Rachupka re Notice of Delay - Recovery of Push Boat [Depex. 54] |
| 142 | Letter dated 1/19/2012 from Kimberly Choplin to Gene Kelley re Mark Wallis as QC Manager [Depex. 120] |
| 143 | Letter dated 1/23/2012 with attachment from Kim Choplin to Gene Kelley re letter of 1/6/2012, sunken push boat [Depex. 55] |
| 144 | Letter RDA - 119 dated 2/2/2012 from Mark Wallis to Craig Rachupka re Notice of Delay - Delayed Response to Rejection of Mark Wallis as QC Manager [Depex. 121] |
| 145 | Letter dated 6/7/2012 from Mark Wallis to Craig Rachupka with attached Additional Overhead Due to Delayed Response to QCM Approval [Depex. 125-126] |
| 146 | E-mail dated 8/3/2012 from Craig Rachupka to Stephen Ericson re: Photogs of Existing Bulkhead at Rip Rap Areas [Depex. 165] |
| 147 | Letter dated 1/31/2013 from Karen Sampson to Eugene Kelley re Letter RDA - 169 [Depex. 182] |
| 148 | Letter RDA - 178 with attachments dated 3/18/2013 from Mark Wallis to Karen Sampson re Notice of Claim PCO - 047, Additional Cost for Manitowoc 4100W Re-Inspection [Depex. 181] |
| 149 | Letter RDA - 176 with attachments dated 3/20/2013 from Mark Wallis to Karen Sampson re Notice of Claim PCO - 045 [Depex. 267] |
| 150 | Letter RDA - 179 with attachments dated 3/20/2013 from Eugene Kelley to Karen Sampson re Additional Cost for Delayed Response to RFI - 26 [Depex. 269] |
| 151 | Letter RDA - 181 dated 3/22/2013 from Eugene Kelley to Karen Sampson re Revised Notice of Claim Letters [Depex. 333] |
| 152 | Time Line #3 dated 5/15/2013 re Annual Crane Inspection [RDA043926 - RDA044065] |
| 153 | Time Line #4 re Delayed Rejection of SSHO [RDA 042855 - RDA 043012] |
| 154 | Time Line #5 dated 5/19/2013 re Delayed Response to RFI - 26 [RDA 044066 - RDA 044151] |

| | |
|---|---|
| 155 | Time Line #6 dated 5/19/2013 re Revised Base Access - RapidGate [RDA 043013 - RDA 043070] |
| 156 | Time Line #7 dated 5/22/2013 re Delayed Approval of QCM [RDA 043713 - RDA 043795] |
| 157 | Time Line #8 dated 5/23/2013 re Delayed Recovery of Proud Mary [RDA 043125 - RDA 043347] |
| 158 | Letter dated 5/24/2013 from Kimberly Kahler to Eugene Kelley re Certified Claims [Depex. 268] |
| 159 | Time Line #9 dated 5/24/2013 re Interference Batter Piles vs. Soil Anchors [RDA 043071 - RDA 043124] |
| 160 | Time Line #10 dated 5/28/2013 re Revised Closure Details at Workpoints [RDA 041469 - RDA 041580] |
| 161 | Time Line #11 re Delayed Approval of SSHO / QCM [RDA 044210 - RDA 044394] |
| 162 | Letter RDA - 191 with attachments dated 7/3/2013 from Eugene Kelley to Kimberly Kahler [Depex. 270] |
| 163 | Letter dated 9/26/2013 from Kimberly Kahler to Eugene Kelley re 7/3/2013 Claim [Depex. 271] |
| 164 | Plaintiff RDA Construction Corporation's Answers and Objections to Defendant's Third Set of Interrogatories [Depex. 335] |
| 165 | Equipment Rental Rates, November 2009 [Depex. 49] |
| 166 | Letter re RDA-089 [Depex. 436] |
| 167 | Letter dated 6/20/2012 signed by Karen Sampson to Gene Kelley re Receipt of Updated Construction Schedule [Depex. 139] |
| 168 | Letter dated 1/31/2013 from Kimberly Kahler to Eugene Kelley re Show Cause Letter [Depex. 179] |
| 169 | Letter dated 2/1/2013 from Eugene Kelley to Kimberly Kahler re Show Cause Letter [Depex. 180] |
| 170 | Draft Letter dated 7/31/2012 from Karen Sampson to Gene Kelley re updated construction schedule [Depex. 188] |
| 171 | E-mail dated 10/11/2012 from Craig Rachupka to Travis Germano re Forbearance Letter for Updated Schedule 9/17/12 [Depex. 190] |
| 172 | E-mail from Craig Rachupka to Robert Wadsworth dated 12/5/2012 re Forbearance Letter for Updated Schedule 9/17/12 [Depex. 191] |
| 173 | E-mail chain dated 12/5/2012 from Craig Rachupka to Robert Wadsworth re Forbearance Letter for Updated Schedule 7/26/12 [Depex. 192] |
| 174 | E-mail dated 1/17/2013 from Craig Rachupka to Robert Wadsworth re Forbearance Letter for Updated Schedule [Depex. 193] |
| 175 | E-mail dated 1/9/2013 from Karen Sampson to Craig Rachupka re Negotiation Meeting on Tuesday, 15 Jan 13 at 1300 hrs. [Depex. 194] |
| 176 | Letter with attachments dated 2/21/2013 from Kimberly Kahler to Eugene Kelley re Notice of Termination [Depex. 198] |
| 177 | E-mail chain dated 5/23/2012 from Craig Rachupka to Travis Germano re P - 469 Waterfront Improvements Project [Depex. 199] |

| 178 | E-mail chain from Daniel Sullivan re Newport Marginal Wharf - Descoping Items [Depex. 201] |
|---|---|
| 179 | E-mail chain dated 7/2/2012 from Gerard Montani re Pier 2 Load Capacity Study [Depex. 203] |
| 180 | E-mail dated 8/3/2012 with attached photographs from Travis Germano to Gerard Montani re Photos of Existing Bulkhead at Rip Rap Areas for P - 469 [Depex. 205] |
| 181 | Letter dated 8/28/2012 from Karen Sampson to Gene Kelly re Cost Proposal [Depex. 209] |
| 182 | Letter RDA - 184 dated 8/31/2012 with attachments from Mark Wallis to Karen Sampson re RFP - 010 Letter [Depex. 214] |
| 183 | E-mail dated 8/21/2012 from Erick Cooper re Deletion of Scope [Depex. 215] |
| 184 | E-mail chain dated 8/24/2012 from David Anderson re Deletion of Work Estimates [Depex. 216] |
| 185 | Tender Agreement executed 12/20/2013 [Depex 232] |
| 186 | Memorandum dated 7/30/2014 from Jeff Welch to Jonathan Peters re P - 469 Completion Contract [Depex. 233] |
| 187 | E-mail chain with attachments dated 4/2/2013 from Craig Rachupka to Leonard Topp re Scope of Work to Complete P - 469 4/2/13 [Depex. 237] |
| 188 | E-mail with attachment dated 4/2/2013 from Craig Rachupka to Jonathan Peters re P - 469 Scope of Work to Complete Remaining Work & Deficiencies [Depex. 238] |
| 189 | Letter dated 7/29/2014 from Jonathan Peters to Kimberly Kahler and Garrett Sigler re delays [Depex. 240] |
| 190 | E-mail chain from David Nimmich, Esq. with attachment dated 3/14/2013 re Scope of Work to Complete Project & Haskell Contact Info [Depex. 248] |
| 191 | E-mail dated 2/14/2013 from Craig Rachupka to John Lambalot re P - 469 RDA Resuming Obstruction Drilling Ops at WP7 [Depex. 256] |
| 192 | E-mail chain from Craig Rachupka to Travis Germano re Forbearance Letter for Updated Schedule 9/17/2012 [Depex. 257] |
| 193 | E-mail chain dated 12/5/2012 from Craig Rachupka to Robert Wadsworth re Forbearance Letter for Updated Schedule 9-17-12 [Depex. 258] |
| 194 | E-mail chain dated 12/5/2012 from Craig Rachupka to Robert Wadsworth re Forbearance Letter for Updated Schedule 7-26-12 [Depex. 259] |
| 195 | E-mail dated 1/17/2013 from Craig Rachupka to Robert Wadsworth re Forbearance Letter for Updated Schedule [Depex. 260] |
| 196 | E-mail chain dated 1/29/2013 from David Greenfield to Keith Barbish re P-469 USCG Contact Info [Depex. 265] |
| 197 | E-mail chain with attachment dated 2/7/2013 from L Tanya Simms re Final Minutes of Coordination Meeting [Depex. 266] |
| 198 | Letter dated 2/21/2013 from Kimberly Kahler to Jeff Woodward re Notice of Termination [Depex. 273] |
| 199 | Letter dated 5/24/2013 from Kimberly Kahler to Garrett Sigler re Tender Agreement [Depex. 276] |

| | |
|---|---|
| 200 | Solicitation, Offer and Award executed 3/4/2014 [Depex. 278] |
| 201 | E-mail chain dated 6/6/2013 from David Nimmich, Esq. to Garrett Sigler and Kimberly Kahler re Updated Tender Agreement [Depex. 283] |
| 202 | E-mail chain dated 9/26/2013 from Craig Rachupka re Underwater Survey Performed by Semper Diving [Depex. 290] |
| 203 | Letter with attachment dated 5/14/2014 from Hindshaw & Culbertson, LLP to Daniel B. Volk, Esq. re Tender Agreement [Depex. 295] |
| 204 | E-mail chain dated 7/10/2014 from David Nimmich, Esq. re P-469 Schedule [Depex. 297] |
| 205 | E-mail dated 7/18/2014 from David L. Nimmich, Esq. to Garrett Sigler re Water-side Work [Depex. 298] |
| 206 | E-mail dated 7/31/2014 with attachment from Jonathan Peters re P-469 Waterfront Improvements: Notice Letter and Alternative Debris Removal Discussion Letter [Depex. 299] |
| 207 | Demolition debris photograph dated 4/16/20104 [Depex. 388] |
| 208 | Demolition debris photograph dated 5/10/2010 [Depex. 387] |
| 209 | E-mail from Garrett Sigler to Jonathan Peters dated 8/1/2013 attaching RDA Demolition Photos [Depex. 386] |
| 210 | E-mail from Garrett Sigler to Jonathan Peters dated 8/1/2013 attaching RDA Sawcut and debris photos [Depex. 389] |
| 211 | Waterside Agreement dated 12/20/2013 [Depex. 377] |
| 212 | E-mail dated 6/27/2014 from Jonathan Peters to Craig Rachupka with attachment re Waterside Work Agreement [Depex. 396] |
| 213 | Letter dated 7/28/2014 from Larry Ahearn to Jonathan Peters re discussion of removal methods for P469 project [Depex. 397] |
| 214 | E-mail with attached drawing from Jonathan Peters to Craig Rachupka dated 8/14/2014 re P469 Rock and Sediment removal plan [Depex. 398] |
| 215 | Letter from Jonathan Burwood, Esq. to David Nimmich, Esq., Esq. dated 11/3/2014 [Depex. 400] |
| 216 | E-mail dated 1/20/2015 from Jonathan Peters to David Nimmich, Esq. re Water-Side Agreement Billing Summary and Backup through 12/30/2014 [Depex. 405] |
| 217 | E-mail from Peters to Rachupka dated 2/13/2015 enclosing photographs of Pile 30B [Depex. 702] |
| 218 | E-mail dated 8/18/2015 from Gregory Koger, Esq. to Jonathan Burwood, Esq. |
| 219 | Letter with attachments dated 8/24/2015 from Jonathan Burwood, Esq. to David Nimmich, Esq. [Depex. 429] |
| 220 | Letter dated 8/28/2015 from Reagan Construction Corp to The Haskell Company [Depex. 705] |
| 221 | E-mail chain including 8/27/2015 communication from Jonathan Peters to David Nimmich, Esq. [Depex. 711] |
| 222 | Letter dated 9/4/2015 from The Reagan Company to The Haskell Company [Depex. 706] |

| | |
|---|---|
| 223 | Letter dated 9/8/2015 from Jonathan Peters to David Nimmich, Esq. and Jonathan Burwood, Esq. [Depex. 715] |
| 224 | E-mail dated 9/9/2015 from David Nimmich, Esq. to Gregory Koger, Esq. [Depex. 712] |
| 225 | E-mail dated 9/14/2015 from Jonathan Peters to The Reagan Company [Depex. 710] |
| 226 | Letter dated 9/18/2015 from Reagan Construction Corp to The Haskell Company [Depex. 707] |
| 227 | Letter dated 9/22/2015 from Reagan Construction Corp to The Haskell Company [Depex. 708] |
| 228 | Subcontract modification dated 10/6/15 [Depex. 709] |
| 229 | Haskell Debris Log [Depex. 701] |
| 230 | Haskell's log of soil piles A & D [Depex. 700] |
| 231 | Soil Export Log, Catalano Construction, Inc., Spreadsheet |
| 232 | Rachupka to D. Anderson dated 5/31/2012 [Depex. 600] |
| 233 | Scope of Work Cost Estimate dated 3/29/2013 [Depex. 613] |
| 234 | Time Line #12 dated 5/30/2013 re Termination Cost and Demobilization [RDA 044152 - RDA 044209] |
| 235 | RDA's Claim Related to NAFAC's Wrongful Termination and Breach of Contract Narrative dated 7/3/2013 with attached Appendices, Summaries and Support Documents [RDA 047349 - RDA 047653] |
| 236 | Letter dated 7/16/2015 from Jonathan Peters of Haskell to Leslie Brazil |
| 237 | RDA Construction Monthly Schedule Narrative Updates Nos. 1 - 21 dated 5/19/2010 through 2/4/2013 |
| 238 | SureTrack Project Manager Scheduling Report RB21 dated 2/5/2013 |
| 239 | RDA Construction Cost Report Summary [RDA 039789 - RDA 039888] |
| 240 | RDA Construction Cost Report [RDA 039899 - RDA 040781] |
| 241 | RDA Construction Daily Production Reports [RDA 040782-RDA 041456; RDA 080586-RDA 080685] |
| 242 | Original Baseline Schedule [RDA 047376 – RDA 047398] |
| 243 | Adjusted Baseline Schedule [RDA 047400 – RDA 047424] |
| 244 | Impact Baseline Schedule [RDA 047426 – RDA 047433] |
| 245 | All Primavera Project Scheduling and Planning Reports |
| 246 | Critical Path Method Schedules RN00 - RN21 for period 9/30/2009 through 2/5/2013 |
| 247 | RDA Construction RFI's [RDA 037185 - RDA 037416] |
| 248 | RFI Log [RDA 037183 - RDA 037184] |
| 249 | P469 Waterfront Improvement Project Submittal Register |
| 250 | RDA serial letters RDA - 001 through RDA - 191 |

| 251 | Reagan Daily Contractor Reports |
| --- | --- |
| 252 | Haskell Daily Contractor Reports |
| 253 | All RDA Construction Photographs |
| 254 | All QC/Production Meeting Minutes |
| 255 | Letter dated 8/24/2015 from Jonathan Burwood, Esq. to David Nimmich, Esq. and Gregory Koger, Esq. re Settlement Communication |
| 256 | Judgment in the matter of Great American Insurance Company v RDA Construction filed 9/3/2015 |

Plaintiff reserves the right to use any exhibits listed in Defendant's Exhibit List. Plaintiff also reserves the right to use demonstrative exhibits and additional exhibits for purposes of cross-examination, impeachment, and/or rebuttal.

                                                                Respectfully Submitted,

Dated:  November 10, 2015              /s/Cornelius J. O'Brien
                                                      Cornelius J. O'Brien
                                                      Eckert Seamans Cherin & Mellott, LLC
                                                      600 Grant Street, 44th Floor
                                                      Pittsburgh, PA  15219
                                                      (412) 566-6000
                                                      Facsimile: (412) 566-6099
                                                      cobrien@eckertseamans.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November 2015, I electronically filed the foregoing Exhibit List with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Daniel B. Volk, Esq.
United States Department of Justice
Commercial Litigation Branch, Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20004

Paul J. Hogan
Hogan & Associates
374 Granite Avenue
Milton, MA 02186

/s/Cornelius J. O'Brien
Cornelius J. O'Brien
Eckert Seamans Cherin & Mellott, LLC.
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000
Facsimile: (412) 566-6099
cobrien@eckertseamans.com